IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| SAMUEL A. WOODS,<br><br>        Plaintiff<br>    v.<br><br>AUTO REFLECTIONS, INC.,<br><br>        Defendant. | CIVIL ACTION FILE NO.<br>3:12-cv-128-TCB |

## STIPULATED DISMISSAL WITH PREJUDICE

Under Fed. R. Civ. P. 41(a)(1)(ii), all parties to the above-styled case stipulate that the complaint and all claims stated in it are dismissed with prejudice. The parties also stipulate that all parties shall bear their own costs.

This the 6th day November, 2012.

Respectfully submitted,

HILL, KERTSCHER & WHARTON, LLP

/s/Douglas R. Kertscher
Douglas R. Kertscher
Georgia Bar No. 416265
*Attorney for Plaintiff*

3350 Riverwood Parkway
Suite 800
Atlanta, Georgia  30339
Telephone: 770-953-0995
Facsimile: 770-953-1385

- 1 -

                                              s/George M. Weaver  
                                              George M. Weaver  
                                              Georgia Bar No. 743150  
                                              Jeffrey A. Shaw  
                                              Georgia Bar. No. 557870  
                                              *Attorneys for Defendant*

HOLLBERG & WEAVER, LLP  
2921 Piedmont Road, N.E.  
Suite C  
Atlanta, Georgia 30305  
(404) 760-1116  
gweaver@hw-law.com

- 2 -

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| SAMUEL A. WOODS,<br><br>    Plaintiff<br><br>v.<br><br>AUTO REFLECTIONS, INC.,<br><br>    Defendant. | CIVIL ACTION FILE NO.<br>3:12-cv-128-TCB |

## CERTIFICATE OF SERVICE

I hereby certify that I have this date filed the foregoing STIPULATED DISMISSAL WITH PREJUDICE with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Douglas R. Kertscher, Esq.
HILL, KERTSCHER & WHARTON, LLP
3350 Riverwood Parkway, Suite 800
Atlanta, Georgia  30339

This 6th day of November, 2012.

HOLLBERG & WEAVER, LLP

s/George M. Weaver
George M. Weaver        743150
Jeffrey A. Shaw         557870
Attorneys for Defendant

2921 Piedmont Road, N.E., Suite C
Atlanta, Georgia 30305
404.760.1116
gweaver@hw-law.com
jshaw@hw-law.com

- 1 -